UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22 CR 97 RWS |
| | ) | |
| ERICK CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On November 2, 2021, officers of the St. Louis Metropolitan Police Department executed a search warrant on a residence associated with Defendant Erick Campbell.  The search warrant was signed earlier that day by a judge for the Circuit Court of the City of St. Louis, Missouri, and it authorized a search of the residence for illegally possessed firearms and drug matters.  Campbell was inside the residence at the time the search warrant was executed.  During their search of the residence, officers recovered a firearm, among other things.  Campbell was later charged in this Court in a one-count indictment with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g).

On February 28, 2023, Campbell filed a motion to suppress evidence and statements and a motion for disclosure of reliable source and related information.  In his motion to suppress, Campbell argues that the evidence seized from the residence,

along with any statements he made, should be suppressed because it was seized pursuant to an invalid search warrant.  Campbell argues that the search warrant was invalid because it was not based on probable cause.  Campbell also argues that the good-faith exception does not apply.  In his motion for disclosure, Campbell argues that the Court should compel the disclosure of reliable source and related information.  Campbell argues, in the alternative, that the Court should hold an *in camera* hearing to assess the credibility of the reliable source.

On May 25, 2023, United States Magistrate Judge John M. Bodenhausen held a hearing on Campbell's motions.  Judge Bodenhausen later filed a report and recommendation in which he recommended that Campbell's motions be denied.  On July 21, 2023, Campbell filed an objection to Judge Bodenhausen's report and recommendation.  I have performed a de novo review of Campbell's motions, including the parties' initial briefs and exhibits, the transcript from the hearing on Campbell's motions, and Campbell's objection. Based on my review, I agree with Judge Bodenhausen's recommendation that Campbell's motions be denied for the reasons stated in his report, and I will adopt Judge Bodenhausen's thoughtful and thorough findings and conclusions of law.

Accordingly,

**IT IS HEREBY ORDERED** that I adopt and incorporate United States Magistrate Judge John M. Bodenhausen's thoughtful and thorough report and recommendation dated June 23, 2023 [57].

**IT IS FURTHER ORDERED** that Defendant Erick Campbell's motion to suppress evidence and statements [43] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Erick Campbell's motion for disclosure of reliable source and related information [44] is **DENIED**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of August 2023.